IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLIEDBARTON SECURITY SERVICES, LLC | : : | |
| Plaintiff, | : | NO. 08-3583 |
| v. | : : | |
| ONYX ON THE BAY, ONYX ON THE BAY CONDOMINIUM ASSOC., INC., BAP-GGM DEVELOPMENT LLC, BAP DEVELOPMENT INC., GGM DEVELOPERS LLC, and STERLING INTERNATIONAL PROPERTIES LLC, | : : : : : : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 15th day of December, 2009, upon consideration of the Motion to Dismiss the Amended Complaint (Docket No. 31), and following an oral argument on November 23, 2009, it is hereby ORDERED that the Motion is GRANTED and the Amended Complaint is DISMISSED WITHOUT PREJUDICE.

The Clerk of Court is instructed to CLOSE this case for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE