IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLIEDBARTON SECURITY SERVICES, LLC | : | |
| Plaintiff, | : | NO. 08-3583 |
| v. | : | |
| | : | |
| ONYX ON THE BAY, ONYX ON THE BAY CONDOMINIUM ASSOC., INC., BAP-GGM DEVELOPMENT LLC, BAP DEVELOPMENT INC., GGM DEVELOPERS LLC, and STERLING INTERNATIONAL PROPERTIES LLC, | : | |
| Defendants. | : | |

## AMENDED ORDER[1]

AND NOW, this 22nd day of December, 2009, it is hereby ORDERED that the Motion to Dismiss the Amended Complaint (Docket No. 31) is GRANTED and the Amended Complaint is DISMISSED WITHOUT PREJUDICE with respect to Defendants Onyx on the Bay and Onyx on the Bay Condominium Association, Inc., and DISMISSED WITH PREJUDICE against Defendants BAP-GGM Development LLC, BAP Development, Inc., GGM Developers LLC, and Sterling International Properties LLC.

This Clerk of Court is instructed to close this case for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] This Order AMENDS and SUPERCEDES the Order dated December 15, 2009 (Docket No. 49).